ELKE GORDON SCHARDT (State Bar # 152114)
LAW OFFICES OF ELKE GORDON SCHARDT
44319 Lowtree Avenue
Lancaster, CA 93534
Telephone:    (661) 940-5900
Facsimile:    (661) 940-5849
Email:    schardtlaws@verizon.net

JASON WALLACH (State Bar #75535)
GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
Mail Service:
  Post Office Box 92621
  Los Angeles, CA  90009-9998
Location:
  4551 Glencoe Avenue, Suite 300
  Marina del Rey, CA  90292-7925
Tel:  (310) 821-9000  •  Fax: (310) 775-8775
Email:    jwallach@gladstonemichel.com

Attorneys for Defendants
JOHN SHART and ELKE GORDON SCHARDT

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CASE NO. 2:10-bk-29973-BR |
| JOHN SHART and ELKE GORDON SCHARDT, | CHAPTER 7 |
| Debtors. | Adv. Proc. No.: 2:10-ap-02555-BR |
| WENDY HAIG, GREG SADLER, and SHOWCASE 81, LLC, | **DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF PLAINTIFFS' WITNESS BRYN ROSE MacKINNON SADLER** |
| Plaintiffs, | **Trial/Evidentiary Hearing:** |
| vs. | DATE:    April 25, 2012 |
| JOHN SHART and ELKE GORDON-SCHARDT, | TIME:    10:00 a.m. |
| | PLACE:    Courtroom 1668 |
| Defendants. |   255 E. Temple Street |
| |   Los Angeles, CA  90012 |
| | JUDGE:    Hon. Barry Russell |

56769 Evid Obj to MacKinnon Sadler Decl.FINAL.doc          1

TO THE HON. BARRY RUSSELL, BANKRUPTCY JUDGE, HEIDE KURTZ, TRUSTEE AND OTHER INTERESTED PARTIES:

Defendants John Shart and Elke Gordon Schardt submit the following objections to the Declaration of Plaintiffs' Witness Bryn Rose MacKinnon Sadler, and request that such inadmissible evidence be stricken and not considered by the Court:

1. Portion of Paragraph 8, page 2, line 5, stating: "I believed then and now that it was our house and barn."

**Objection:** Irrelevant. R.402.[1] The belief of a minor, Declarant, about a legal issue of ownership, is of no consequence in the proof of nondischargeability.

2. Paragraph 12, page 2, in its entirety, stating: "In late-2008, the second half, and particularly in October, November and December, the relationship between my mother and Hans changed. They had quite a few arguments. The arguments took place in the living room at our apartment and sometimes in Hans' office or his apartment."

**Objection:** Lack of foundation for conclusion. R.602, R.701. Declarant fails to show a basis in personal knowledge or expertise for the conclusion that the conversations she witnessed were "arguments".

3. Portion of Paragraph 14, page 2, lines 26 – 28, stating: "It was more of a bully relationship. My mother did not scream at Hans, he bullied her. To me, when someone tries to influence someone else's decision by intimidation, that is bullying."

**Objection:** Lay opinion testimony. R.701.

4. Paragraph 15, page 3, in its entirety, stating: "Hans bullied my mother by just talking over her and raising his voice, and sometimes he would give ultimatums and say things like, 'I can't do this anymore.' He would try to influence her decisions.

---

[1] The abbreviation "R" refers to the numbered rule of the Federal Rules of Evidence.

Mostly Hans would say he needed more money. At times, he would tell her 'either pay me the money or get off my property.'"

**Objection:** Lay opinion testimony. R.701. Lack of personal knowledge. R.602. Declarant does not show that she has personal knowledge of Hans' alleged statements.

    5.    Portion of Paragraph 19, page 3, lines 15 – 16, stating: ". . . and I had some but not all of my belongings."

**Objection:** Irrelevant. R.402. Declarant's possession of "some but not all of my belongings" is of no consequence to the proof of nondischargeability, particularly in the absence of any claim or basis for nondischargeability related to any allegedly missing property.

WHEREFORE, Defendants request that such statements not be admitted, that they be stricken from the Declaration and that Defendants be granted such other and further relief as is just and proper.

DATED: February 22, 2012

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

BY: _____
JASON WALLACH
Co-Counsel for Defendants, John Shart and Elke Gordon Schardt

| In re:<br>JOHN SHART and ELKE GORDON SCHARDT,<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER: 2:10-bk-29973-BR |
|---|---|
| HAIG, et al. v. SHART, et al. | ADVERSARY PROCEEDING<br>CASE NUMBER: 2:10-ap-02555 BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4551 Glencoe Ave., Suite 300, Marina del Rey, CA 90292

The foregoing document described as **DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF PLAINTIFFS' WITNESS BRYN ROSE MacKINNON SADLER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/22/2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jesse S. Finlayson          jfinlayson@fwtrl.com, wmills@fwtrl.com
United States Trustee (LA)  Ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **2/22/2012**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Elke Gordon Schardt, Law Office Of Elke Gordon Schardt, 44319 Lawtree Ave., Lancaster, CA 93534 (US Mail)

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **2/22/2012**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

The Hon. Barry Russell, US Bankruptcy Court, 255 E. Temple St., Crtrm 1668, L.A., CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/22/2012         GIOIA IWATA         [signature]
Date              Type Name           Signature

56769 Evid Obj to MacKinnon Sadler Decl.FINAL.doc        4

*GLADSTONE MICHEL WEISBERG WILLNER & SLOANE, ALC*
*P.O. Box 92621*
*Los Angeles, CA 90009-9998*