ELKE GORDON SCHARDT (State Bar # 152114)
LAW OFFICES OF ELKE GORDON SCHARDT
44319 Lowtree Avenue
Lancaster, CA 93534
Telephone: (661) 940-5900
Facsimile: (661) 940-5849
Email: schardtlaws@verizon.net

JASON WALLACH (State Bar #75535)
GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
Mail Service:
  Post Office Box 92621
  Los Angeles, CA 90009-9998
Location:
  4551 Glencoe Avenue, Suite 300
  Marina del Rey, CA 90292-7925
Tel: (310) 821-9000 • Fax: (310) 775-8775
Email: jwallach@gladstonemichel.com

Attorneys for Defendants
JOHN SHART and ELKE GORDON SCHARDT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JOHN SHART and ELKE GORDON SCHARDT,<br><br>Debtors.<br>_____<br><br>WENDY HAIG, GREG SADLER, and SHOWCASE 81, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN SHART and ELKE GORDON-SCHARDT,<br><br>Defendants.<br>_____ | CASE NO. 2:10-bk-29973-BR<br><br>CHAPTER 7<br><br>Adv. Proc. No.: 2:10-ap-02555-BR<br><br>**DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF PLAINTIFFS' WITNESS SKY SADLER**<br><br>**Trial/Evidentiary Hearing:**<br><br>DATE: April 25, 2012<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 1668<br>        255 E. Temple Street<br>        Los Angeles, CA 90012<br>JUDGE: Hon. Barry Russell |

56769 Evid Obj to S.Sadler Decl.FINAL.doc            1

TO THE HON. BARRY RUSSELL, BANKRUPTCY JUDGE, HEIDE KURTZ, TRUSTEE AND OTHER INTERESTED PARTIES:

Defendants John Shart and Elke Gordon Schardt submit the following objections to the Declaration of Plaintiffs' Witness Sky Sadler, and request that such inadmissible evidence be stricken and not considered by the Court:

1. Portion of Paragraph 4, page 1, lines 9 – 10, stating: "Hans was trying again and again to convince my mother to buy the property."

**Objection:** Lack of personal knowledge. R.602.[1] Declarant fails to show personal knowledge of multiple conversations or the content thereof. Lack of foundation for conclusion. R.602, R.701. Declarant has not shown a basis in personal knowledge or expertise to reach the conclusion "to convince".

2. Portion of Paragraph 5, page 1, lines 16 –17, stating: "Hans repeatedly tried to convince my mom to buy the Flowers property. I remember her being unsure about purchasing the property at the time."

**Objection:** Lack of personal knowledge. R.602. Declarant fails to show personal knowledge of multiple conversations or the content thereof. Lack of foundation for conclusion. R.602, R.701. Declarant has not shown a basis in personal knowledge or expertise to reach the conclusion "to convince" or "unsure". Hearsay. R.802.

3. Portion of Paragraph 6, page 1, lines 18 – 19, stating: "my mother told me she was going to buy the Flowers property."

**Objection:** Hearsay. R.802.

---

[1] The abbreviation "R" refers to the numbered Rule of the Federal Rules of Evidence.

GLADSTONE MICHEL WEISBERG WILLNER & SLOANE, ALC
P.O. Box 92621
Los Angeles, CA 90009-9998

4. Paragraph 7 in its entirety, page 1, stating: "After my mother purchased the property, I heard Hans say something about him getting my mother a good deal on the Flowers property. I never heard Hans say that the Flowers property was his property" **Objection:** Lack of foundation for conclusion. R.602, R.701. Declarant has not shown a basis in personal knowledge or expertise on the legal issue of ownership, or the context of the statement attributed to Hans, or the context that would render the alleged failure to hear, relevant to the proof of nondischargeability.

WHEREFORE, Defendants request that such statements not be admitted, that they be stricken from the Declaration and that Defendants be granted such other and further relief as is just and proper.

DATED: February 22, 2012

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

BY: /s/ Jason Wallach
JASON WALLACH
Co-Counsel for Defendants, John Shart and Elke Gordon Schardt

|  | |
|---|---|
| In re:<br>JOHN SHART and ELKE GORDON SCHARDT,<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER: 2:10-bk-29973-BR |
| HAIG, et al. v. SHART, et al. | ADVERSARY PROCEEDING<br>CASE NUMBER: 2:10-ap-02555 BR |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4551 Glencoe Ave., Suite 300, Marina del Rey, CA 90292

The foregoing document described as **DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF PLAINTIFFS' WITNESS SKY SADLER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/22/2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jesse S. Finlayson — jfinlayson@fwtrl.com, wmills@fwtrl.com
United States Trustee (LA) — Ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **2/22/2012**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Elke Gordon Schardt, Law Office Of Elke Gordon Schardt, 44319 Lawtree Ave., Lancaster, CA 93534 (US Mail)

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **2/22/2012**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

The Hon. Barry Russell, US Bankruptcy Court, 255 E. Temple St., Crtrm 1668, L.A., CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/22/2012 | GIOIA IWATA | /s/ (signature) |
|---|---|---|
| Date | Type Name | Signature |

GLADSTONE MICHEL WEISBERG WILLNER & SLOANE, ALC
P.O. Box 92621
Los Angeles, CA 90009-9998

56769 Evid Obj to S.Sadler Decl.FINAL.doc    4