ELKE GORDON SCHARDT (State Bar # 152114)
LAW OFFICES OF ELKE GORDON SCHARDT
44319 Lowtree Avenue
Lancaster, CA 93534
Telephone:    (661) 940-5900
Facsimile:    (661) 940-5849
Email:    schardtlaws@verizon.net

JASON WALLACH (State Bar #75535)
GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
Mail Service:
  Post Office Box 92621
  Los Angeles, CA 90009-9998
Location:
  4551 Glencoe Avenue, Suite 300
  Marina del Rey, CA 90292-7925
Tel: (310) 821-9000 • Fax: (310) 775-8775
Email:    jwallach@gladstonemichel.com

Attorneys for Debtors
JOHN SHART and ELKE GORDON SCHARDT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JOHN SHART AND ELKE GORDON SCHARDT,<br><br>Debtors.<br><br>———————————————<br><br>WENDY HAIG, GREG SADLER and SHOW CASE 81, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN SHART and ELKE GORDON SCHARDT,<br><br>Defendants. | CASE NO. 2:10-bk-29973-BR<br><br>CHAPTER 7<br><br>Adv. Proc. No. 2:10-ap-02555-BR<br><br>**DECLARATION OF BRIAN POWELL**<br><br>**Trial/Evidentiary Hearing:**<br><br>Date: April 25, 2012<br>Time: 10:00 a.m.<br>Ctrm: 1668<br>    255 E. Temple Street<br>    Los Angeles, CA 90012<br>Judge: Hon. Barry Russell |

Declaration of Defendants' Witness          1

# DECLARATION OF BRIAN POWELL

BRIAN POWELL declares and states:

1. I have personal knowledge of the facts stated herein if called as a witness I could and would testify competently to the same.

2. I am the defendant in the lawsuit filed by Wendy Haig in Texas, entitled Wendy Haig and Greg Sadler and Showcase 81, LLC vs. Edwin Powell, aka Brian Powell Jr. and Patty Doe. The suit was filed by Haig and she sued me and the purchaser Patty Engler for the difference in price that Patty paid for the horses called "Fox" and "Smiley" and what Haig believes the horses were worth.

3. I was deposed in Texas by Haig and her counsel Pat Young and a copy of my deposition is attached as Exhibit A.

4. I also was deposed by Wendy Haig and her counsel Pat Young in Texas in the lawsuit Wendy Haig filed against John Shart and Elke Schardt and John Shart's business Malibu Equestrian Estate Inc. A true and correct copy of my deposition is attached as Exhibit B.

5. I stand by my deposition testimony. I am currently in England because I no longer can conduct my own horse business in Texas because of the lawsuits pursued by Wendy Haig and her distributing fliers looking for horses. All my clients were afraid of being sued by Haig. One of my clients, Deborah Filipovitch was very afraid of Haig.

6. Prior to the lawsuit Haig had filed against me and Patty going to trial I received numerous telephone calls from a man called John Sharp who advised me that it would be to my benefit to be on Wendy's side and if not I would regret it. I was approached numerous times to sit down with Wendy Haig, but I did not. Ultimately Haig dismissed the Texas lawsuit the Friday afternoon before trial was to start the following Monday.

7. I also am the purchaser of the horse Alf. After I had the horse at my farm in Texas in 2009, I received a call from the detective hired by Wendy. I was asked to give my address because they were going to come to pick up the horse. I did not give my address and instead contacted by attorney. During the same time I observed an unknown

Declaration of Defendants' Witness    2

male coming onto my property in Texas and starting to walk towards the paddock where I kept Alf. I went outside and when the man saw me he quickly turned around and left. I do not know if this man was hired by Haig, but I suspected at the time he was.

8. I was notified by the United States Equestrian Federation that Wendy Haig was attempting to register Showcase 81 as owner of Alf while I already was the registered owner. In the end I sold the horse Alf to Wendy Haig for $50,000 because I was threatened with yet another lawsuit from her and her associates and I do not have the money to hire lawyers to defend myself. I did not want to sell Alf, but my choice was sell or be sued.

9. I have known Hans Shart for the past 20 years. I know him to be a knowledgeable horseman and trainer as well as a successful importer and seller of show jumping competition horses from Europe and in fact all over the world, wherever he can find them. I respect his opinion as to a horse's ability and potential.

10. I have read the Declaration of Wendy Haig submitted in this case. I read that she claims Hans did not like her former New Mexico trainer Kenny Laymon because he is gay. I know different. Hans did not like the way Kenny was riding but he had nothing against Kenny as a person. I also know Kenny Laymon and while he is good with the children and riding in lower divisions, he is not a grand prix jumping rider or trainer. Hans is a trainer in my experience capable of training and teaching riders to achieve the highest levels the rider and horse are capable of bringing to the sport.

11. I was at Greystone several times in 2007 and 2008. During my stay I noticed that Wendy Haig constantly tried to occupy Hans' time. She watched the riding ring, and I observed her watching from behind the curtain in the apartment when we were riding. Hans was bothered by this and told me that he did not want her to be around him and I know that in 2008 he would sneak out of his apartment to go to town because otherwise Wendy was right there to go with him. At times I myself told Wendy that Hans was not there because Hans wanted to be left alone and have his peace. He had to hide if he wanted alone time.

Declaration of Defendants' Witness                        3

12. I also know and saw that Haig's daughter Bryn was left alone at the farm. Bryn was close to Beate, stayed with Beate in Beate's house and at one time Bryn told me that Beate was her mother at the farm.

13. In December 2008 I was present for a clinic with a well known rider and trainer called Anthony D'Ambrosio. I was riding and so were Bryn and Beate. My friend Patty Engler was also at the farm. During that clinic and for the very first time ever Wendy Haig invited all the riders to her apartment for dinner. She and Bryn cooked dinner. It was during that visit to Greystone that my friend Patty purchased the horses Fox and Smiley and I believe that Haig was fully aware of this. She was present in the office as was Beate and Hans and myself and Patty when Patty and Hans discussed the pricing for Patty's purchase of Fox and Smiley.

14. My friend Patty Engler was sued as well by Haig in Texas. Patty was distressed and she had a heart condition. I am informed and believe that many of Patty's friends and riding students believe that the stress from the lawsuit brought by Haig, and the tactics used to intimidate all of us who had done business with Hans ultimately affected her badly. Patty Engler was found dead in the aisle of her barn shortly before our lawsuit was to go to trial.

15. Wendy Haig and the fliers and the tactics of suing everyone who dealt with Hans has destroyed my business in Texas and the US. I no longer can sell horses or attract students to train with me because of the gossip and people's fear.

16. I am familiar with the horses purchased by Haig from Hans's business and she did purchase lots of good horses. Her children were riding the horses and a horse does not improve with that. In my experience parents purchase expensive and well proven horses for their children to learn on and by the time the children have learned the horse is finished in the competition because it has learned bad habits such as stopping or running by the fences or bucking people off. Horses do not improve when inexperienced young riders ride them. Horses devalue if the wrong rider is riding them.

Declaration of Defendants' Witness                    4

17. I know that Hans had a severe stroke, and believe that the stress caused his health to crash. Hans is kind, will help almost anyone if asked to, and in my experience is always kind to horses.

18. I also know Elke Schardt and state that I have not known her to be involved in Hans business and the day to day operation at any time for the past 20 years. Elke is an attorney and has her own business. I have never seen her at horseshows, nor with Hans in Europe or in the stables or riding ring at Greystone Equestrian Center. Elke does not ride, and as far as I know has never owned a horse. I know she likes animals and so does Hans, but the horses have always been his business with Beate riding and showing. I saw Elke at the farm after Hans had his stroke.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 21, 2012

_____
BRIAN POWELL

Declaration of Defendants' Witness            5